# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 09-CR-47-LRR |
| vs. | **ORDER** |
| THOMAS WOHLMAN, | |
| Defendant. | |

———————————

The matter before the court is Defendant Thomas Wohlman's Motion to Suppress ("Motion") (docket no. 16). United States Magistrate Judge Jon S. Scoles issued a report and recommendation ("Report and Recommendation") (docket no. 25) on the Motion in which he recommended that the undersigned deny the Motion.

On July 22, 2009, a grand jury returned a two-count Indictment (docket no. 2-2) against Defendant. Counts 1 and 2 charge Defendant with Attempted Enticement of a Minor, in violation of 18 U.S.C. § 2422(b). On October 1, 2009, Defendant filed the Motion. On October 9, 2009, Judge Scoles held a hearing on the Motion (docket no. 23). Attorneys Alfred E. Willett and Steven A. Kloberdanz represented Defendant, who was personally present. Assistant United States Attorney Mark Tremmel represented the government. On October 13, 2009, Judge Scoles issued the Report and Recommendation. The Report and Recommendation stated that "within ten (10) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the District Court." Report and Recommendation at 8.

The time to object to the Report and Recommendation has expired. Defendant has not filed any objections to the Report and Recommendation. Defendant has thus waived his right to de novo review of the Report and Recommendation. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("[Defendant's] 'failure to file any

objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact therein.'" (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001)). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 25).

      **IT IS SO ORDERED**.

      **DATED** this 28th day of October, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA